UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICHOLAS TAYLOR ROD,   CIVIL NO. 14-4460 (SRN/JSM)

    Petitioner,

v.   ORDER

HENNEPIN COUNTY,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 29, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. This action is summarily dismissed without prejudice; and

2. Petitioner is not granted a Certificate of Appealability.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 13, 2014

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              United States District Judge